UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW L. MEEKS, | Case No.: 2:19-cv-01352-APG-BNW |
| Plaintiff | **Order Denying Motion to Set Trial Date** |
| v. | [ECF No. 16] |
| HAROLD WICKHAM, et al., | |
| Defendants | |

Plaintiff Andrew Meeks moves for the court to set a trial date. ECF No. 16.  However, the parties have not filed a proposed joint pretrial order as required by the scheduling order (ECF No. 15 at 4) and Local Rule 16-3(b).

I THEREFORE ORDER that plaintiff Andrew Meeks' motion for the court to set a trial date **(ECF No. 16) is DENIED**.

I FURTHER ORDER that the parties shall file the proposed joint pretrial order by January 5, 2022.  Failure to do so may result in sanctions, including dismissal.

DATED this 30th day of November, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE