# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW L. MEEKS, | Case No.: 2:19-cv-01352-APG-BNW |
| Plaintiff | **Order Rejecting Proposed Joint Pretrial Order** |
| v. | |
| HAROLD WICKHAM, et al., | [ECF No. 18] |
| Defendants | |

Plaintiff Andrew Meeks filed a proposed joint pretrial order. ECF No. 18. It does not comply with Local Rules 16-3 and 16-4. Local Rule 16-3(b) requires the plaintiff to initiate a discussion with opposing counsel to prepare the joint proposed order. Because it is a joint order, all parties must participate in preparing it. If a party refuses to participate, that may be grounds for sanctions against that party. Meeks' proposed order does not include any input from the defendants, and it does not say whether Meeks invited the defendants' counsel to help prepare it. Thus, I will reject the proposed order and order the parties to confer about the joint proposed order. Because Meeks is incarcerated, the defendants' counsel should reach out to him about preparing the proposed order.

I THEREFORE ORDER that plaintiff Andrew Meeks' proposed joint pretrial order **(ECF No. 18) is REJECTED.**

I FURTHER ORDER the parties to confer as required in Local Rule 16-3 to submit a proposed joint pretrial order. That proposed order is due by January 14, 2022. Failure to do so may result in sanctions, including dismissal.

DATED this 22nd day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE