UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Andrew L. Meeks, | Case No. 2:19-cv-01352-APG-BNW |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| v. | |
| Harold Wickham, *et al.*, | |
| Defendants. | |

On June 9, 2022, the Court ordered Plaintiff Andrew Meeks to update his address by July 25, 2022, as it came to the Court's attention that the Plaintiff was no longer at the address on file with the Court. ECF No. 33. Plaintiff has not complied with the Court's order or otherwise responded. And the Court's order was returned as undeliverable, as he was paroled from the facility he listed as his address. ECF No. 34. Under Local Rule IA 3-1, parties are required to keep an updated address on file with the Court. "Failure to comply with this rule may result in the dismissal of the action . . . ." LR IA 3-1. Because Plaintiff has not updated his address as ordered, **IT IS THEREFORE RECOMMENDED** that this case be dismissed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within 14 days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 1, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE