UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW L. MEEKS,<br><br>　　　　Plaintiff<br><br>v.<br><br>HAROLD WICKHAM, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-01352-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 35] |

　　　　On September 1, 2022, Magistrate Judge Weksler recommended that I dismiss this case because plaintiff Andrew Meeks has not updated his address with the court despite being ordered to do so. ECF No. 35.  Meeks did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 35) is accepted** and this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

　　　　DATED this 21st day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE